UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES E. ZINNAMON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16-cv-860-W |
| | ) |
| LIBERTY MUTUAL FIRE INSURANCE | ) |
| COMPANY, LIBERTY MUTUAL | ) |
| GROUP, LIBERTYGUARD AUTO | ) |
| POLICY DECLARATIONS, | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff James E. Zinnamon ("Plaintiff"), by and through his counsel of record, D. Mitchell Garrett, Jr., and Amber Peckio Garrett, and Defendant Liberty Mutual Fire Insurance Company, by and through its counsel of record, William W. O'Connor and Margo E. Shipley of Newton, O'Connor, Turner & Ketchum, P.C., hereby stipulate to a dismissal with prejudice of all of Plaintiff's claims and causes of action in the above-styled and numbered case, each party to bear their own attorneys' fees and costs.

Respectfully submitted,

s/William W. O'Connor
William W. O'Connor, OBA No. 13200
Margo E. Shipley, OBA No. 32118
NEWTON, O'CONNOR, TURNER & KETCHUM, P.C.
15 West Sixth Street, Suite 2700
Tulsa, Oklahoma  74119
Telephone:   (918) 587-0101
Facsimile:    (918) 587-0102
boconnor@newtonoconnor.com
mshipley@newtonoconnor.com

**ATTORNEYS FOR DEFENDANT, LIBERTY MUTUAL FIRE INSURANCE COMPANY**

-AND-

s/Amber Peckio Garrett*
D. Mitchell Garrett, Jr., OBA No. 20704
Amber Peckio Garrett, OBA No. 19908
GARRETT LAW CENTER, PLLC
PO BOX 1349
Tulsa, Oklahoma 74101-1349
Telephone:   (918) 895-7216
Facsimile:    (918) 895-7217
mitchell@garrettlawcenter.com
amber@garrettlawcenter.com

**ATTORNEYS FOR PLAINTIFF**

*Signed by filing attorney with permission of Plaintiff's attorney.*